# EXHIBIT B

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION: ESSEX COUNTY
STATE OF NEW JERSEY
_____

JANG NAMKUNG,

        Plaintiff,

v.

THE CBE GROUP, INC. and
JEFFERSON CAPITAL SYSTEMS,
LLC,

        Defendants.
_____

INDEX NO.: ESX-L-009155-21

### NOTICE OF FILING OF NOTICE OF REMOVAL
### TO THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

PLEASE TAKE NOTICE that Defendant in the above-captioned action, Jefferson Capital Systems, LLC ("JCAP") has filed a Notice of Removal removing this action with the United States District Court for District of New Jersey. A copy of the notice is attached hereto as **Exhibit 1**.

The removal of this action is authorized by 28 U.S.C. § 1446. The state court is now precluded from conducting any further proceedings unless and until the action is remanded from the United States District Court for the District of New Jersey.

Dated:  January 3, 2022          Respectfully Submitted,

>  /s/ *Aaron R. Easley*
> Aaron R. Easley, Esq.
> SESSIONS, ISRAEL & SHARTLE, LLC
> 3 Cross Creek Drive
> Flemington, NJ 08822
> Telephone No.: (908) 237-1660
> Facsimile No.: (877) 334-0661
> areasley@sessions.legal
> *Attorneys for Defendants,*
> *Jefferson Capital Systems, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2022 a copy of the foregoing was served on all counsel and parties of record electronically via CM/ECF and U.S. Mail.

> Joenni Abreu, Esq.
> Craig B. Sanders, Esq.
> Sanders Law Group
> 100 Garden City Plaza, Suite 500
> Garden City, NY 11530

> /s/ Aaron R. Easley
> Aaron R. Easley, Esq.