# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANG NAMKUNG,<br><br>    Plaintiff,<br><br>v.<br><br>THE CBE GROUP, INC. and<br>JEFFERSON CAPITAL SYSTEMS,<br>LLC,<br><br>    Defendants. | Case No. _____ |

**NOTICE OF CONSENT TO REMOVAL**

PLEASE TAKE NOTICE that Defendant, The CBE Group, Inc., by and through the undersigned attorney or authorized representative, hereby consents to the removal of this action to the United States District Court for the District of New Jersey pursuant to the provisions of 28 U.S.C. §§ 1331, 1441 and 1446.

Dated January 3, 2022.

                                                      Respectfully submitted,

                                                      /s/ Jacob Michael Bach
                                                      Counsel for The CBE Group, Inc.